UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

TROY KIRK,
Institutional ID No. 70842

    Plaintiff,

v.

OFFICER BARRERA, *et al.*,

    Defendant.

No. 5:23-CV-00135-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

Dated September 5, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge